

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2014

No. 04-14-00799-CR

**IN RE** Michael Joseph **ROSENBERG**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

On November 17, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and determined that we do not have jurisdiction to consider the requested relief. The petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on November 18th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1485, styled *The State of Texas v. Michael Joseph Rosenberg*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose  A. Lopez presiding.